# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Alexander Rodriguez, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Defendants. | **NO. CV-20-01397-PHX-JJT (MHB)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed July 23, 2020, this matter is hereby dismissed.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 23, 2020

　　　　　　　　　　　　　　　　s/ L. Dixon
　　　　　　　　　　　　By　　Deputy Clerk